| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2002

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) McKnight, H. Brent | 2. Court or Organization Western District, NC | 3. Date of Report 4/29/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge Nominee | 5. Report Type (check appropriate type) ● Nomination, Date 4/28/2003 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2002 to 4/15/2003 |
| 7. Chambers or Office Address Room 195, Chas.R.Jonas Fed.Bldg 401 West Trade Street Charlotte, NC 28202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Assistant Professor | Wingate University |
| 2. | Adjunct Professor | University of North Carolina at Charlotte |
| 3. | Professional Affiliate Member of the Graduate Faculty | University of North Carolina at Charlotte |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2002 | Self-employed - Director /Shaklee Corp. - Spouse | 6,130.00 |
| 2. | 2002 | University of North Carolina at Charlotte | 2,200.00 |
| 3. | 1/03-4/0 | Unites States Magistrate Judge Salary | 46,000.00 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 4. | 2002 | United States Magistrate Judge Salary | 126,508.00 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | | United States Magistrate Judge Salary | 126,508.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKnight, H. Brent | 4/29/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S.Savings Bonds | None | | J | T | Exempt | | | | |
| 2. Raymond James IRA: | C | Dividend | M | T | | | | | |
| 3. - Income Fund of America Class A - American Funds | | | | | | | | | |
| 4. - Investment Co. of America Class A - American Funds | | | | | | | | | |
| 5. - Fidelity Advisor Overseas Fund | | | | | | | | | |
| 6. - Heritage Smallcap Stock Fund | | | | | | | | | |
| 7. Europacific Growth Fund A | A | Dividend | J | T | | | | | |
| 8. Putnam Classic Equity Fund C1-M | A | Dividend | K | T | | | | | |
| 9. Heritage Series Trust Smallcap Stock Fund A - A | A | Dividend | J | T | | | | | |
| 10. Heritage Series Trust Smallcap Stock Fund A - B | A | Dividend | J | T | | | | | |
| 11. Heritage Series Trust Smallcap Stock Fund A - C | A | Dividend | J | T | | | | | |
| 12. Growth Fund of America IRA - A | A | Dividend | J | T | | | | | |
| 13. Growth Fund of America IRA - B | A | Dividend | J | T | | | | | |
| 14. Heritage Money Market | A | Dividend | J | T | | | | | |
| 15. Alliance IRA | | None | J | T | | | | | |
| 16. Alliance Premier Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKnight, H. Brent | 4/29/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Information in Section VII is current as of year end, 2002.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKnight, H. Brent | 4/29/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Information in Section VII is current as of year end, 2002.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _H. Brent McKnight_  Date _4/29/03_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# Harold Brent McKnight
## Financial Statement

## Schedule of Real Estate Owned
## Estimated market value
## February, 2003

| | |
|---|---|
| Residence | $310,000 |
| 7 lots (approx. 5 acres) in Ashe County, North Carolina | 70,000 est. |
| Total Real Estate Owned | $380,000 |